# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CYRUS ALLEN FREE, <br><br> Defendant. | 8:17CR168 <br><br> **ORDER** |

Before the Court is non-party Michael F. Maloney's Request for Transcript (Filing No. 81) of trial testimony for the trial held on June 25, 2019.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 81) is granted.
2. The Clerk's Office is directed to provide a copy of this order to Michael F. Maloney.

Dated this 6th day of August 2019.

BY THE COURT:

*Robert F. Rossiter, Jr.*

Robert F. Rossiter, Jr.
United States District Judge